# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **DAWN C. WILSON,** | ) |
| **Plaintiff,** | ) ) ) |
| v. | ) ) **CIVIL ACTION NO.:** ) **2:14-cv-1656-WMA** |
| **CAVALRY SPV I, LLC,** | ) ) ) |
| **Defendant.** | ) |

## NOTICE OF SETTLEMENT

**COMES NOW** defendant Cavalry SPV I, LLC ("Defendant"), by and through its undersigned counsel, and hereby informs the Court that a settlement of the present matter has been reached as to all claims of plaintiff Dawn C. Wilson ("Plaintiff") against Defendant.

As a result of the settlement, Defendant requests that this Honorable Court vacate all dates currently set on the calendar for this matter and give the parties 30 days to file the necessary dismissal papers.

Respectfully submitted this 19th day of September, 2014.

                             *s/ Ryan J. Hebson*
                             R. Frank Springfield (SPR024)
                             Ryan J. Hebson (HEB003)
                             BURR & FORMAN LLP
                             420 North 20th Street, Suite 3400
                             Birmingham, Alabama  35203
                             Telephone:  (205) 251-3000

21738591 v1

Facsimile:  (205) 458-5100
fspringf@burr.com
rhebson@burr.com

Attorneys for Defendant
CAVALRY SPV I, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of September, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

M. Stan Herring
Watts & Herring, LLC
The Kress Building
301 19th Street North
Birmingham, Alabama  35203

I hereby certify that I have mailed by United States Postal Service the foregoing document to the following non-CM/ECF participants:  N/A            .

> Respectfully submitted,
>
>  *s/ Ryan J. Hebson*
> Ryan J. Hebson (HEB003)
> Of Counsel

21738591 v1