IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| DAWN C. WILSON, | } | |
| | } | |
| Plaintiff, | } | |
| | } | CIVIL ACTION NO. |
| v. | } | 2:14-cv-1656-WMA |
| | } | |
| CAVALRY SPV I, LLC, | } | |
| | } | |
| Defendant. | } | |

## **ORDER**

A notice of settlement having been filed by defendant on September 19, 2014, the above-entitled action is hereby DISMISSED WITH PREJUDICE.  The parties shall have **thirty (30) days** from the date of this order within which to request the substitution of a modified stipulated final judgment.

The parties shall bear their own respective costs.

DONE this 22nd day of September, 2014.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE